**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6574

WYNN H. SHELDON,

                                    Plaintiff - Appellant,

        versus

HARRY G. LAPPIN, Director; B. A. BLEDSOE,
Warden/Regional Director; K. M. WHITE; J.
JONES; STRICKLAND; HILL; SHULTS, Acting
Captain; CAPTAIN WILLIAMS; LIEUTENANT TREES;
LIEUTENANT GRAPPERHAUS; LIEUTENANT PITT;
LIEUTENANT ALLEN; DOCTOR DEJESUS; DOCTOR
RAMIREZ; DOCTOR ELLIS; IRWIN FISH, Physician
Assistant; D. ROTH, Physician Assistant; P.
HERRELL, R.N.; D. DUNCAN, R.N.; T. HORNSBY,
R.N.,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge. (7:06-cv-00049)

Submitted:  August 23, 2007          Decided:  August 29, 2007

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wynn H. Sheldon, Appellant Pro Se.  Thomas Linn Eckert, Assistant
United States Attorney, Roanoke, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wynn H. Sheldon appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Sheldon v. Lappin</u>, No. 7:06-cv-00049 (W.D. Va. Mar. 15, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>